Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of STRAY FROM THE HEART, INC., Appellant, v DEPARTMENT OF HEALTH AND MENTAL HYGIENE OF THE CITY OF NEW YORK et al., Respondents.

Submitted July 5, 2011; decided September 13, 2011

Motion by the Animal Legal Defense Fund for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of STRAY FROM THE HEART, INC., Appellant, v DEPARTMENT OF HEALTH AND MENTAL HYGIENE OF THE CITY OF NEW YORK et al., Respondents.

Submitted June 27, 2011; decided September 13, 2011

Motion by the Office of the Manhattan Borough President for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed, and for leave to file a brief amicus curiae on the appeal herein granted, three copies of the brief to be served and an original and 19 copies filed within 30 days.

JOSEPH TIMMONS et al., Appellants, v BARRETT PAVING MATERIALS, INC., Respondent. (And Other Actions.)

Submitted June 13, 2011; decided September 13, 2011

Motion, insofar as it seeks leave to appeal as against Schneider Brothers Corporation, dismissed as untimely (*see* CPLR 5513 [b]); motion for leave to appeal otherwise denied.